# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NADIA WINSTON, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-635 |
| | § | (Judge Mazzant/Judge Durrett) |
| | § | |
| HON PARTNERS III, LLC, ET AL., | § | |

### <u>MEMORANDUM ADOPTING THE REPORT AND<br>RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE</u>

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 5, 2026, the Magistrate Judge entered a Report (Dkt. #14) recommending that Defendants' Rule 12(b)(6) Motion to Dismiss with Prejudice (Dkt. #11) be denied, but Defendants' Motion for Rule 11 Sanctions (Dkt. #12) be granted in part. Moreover, the Report recommended that the case should be dismissed without prejudice for want of prosecution. No Party filed objections to the Report.

Accordingly, having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants' Rule 12(b)(6) Motion to Dismiss with Prejudice (Dkt. #11) is **DENIED**.

It is further **ORDERED** that Defendants' Motion for Rule 11 Sanctions (Dkt. #12) is **GRANTED IN PART**. A prefiling injunction is imposed against Plaintiff Nadia Winston. Plaintiff is prohibited from proceeding *pro se* and/or *in forma pauperis* and filing any new pleading, case, petition, motion, request, or suit in any federal court in the Eastern District of Texas, without first

requesting in writing and receiving written permission to file from a United States District Judge. In addition to Plaintiff's written request, Plaintiff must provide to the District Judge true, correct, and complete copies of (i) the Report, and (ii) this Memorandum Adopting the Report and Recommendation.

It is finally **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**IT IS SO ORDERED.**

**SIGNED this 24th day of March, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE